# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STEVEN JOSEPH RODNEY** | **CIVIL ACTION NO. 22-0960** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN DEVILLE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Steven Joseph Rodney's requests for injunctive relief are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the following claims are **DISMISSED** as frivolous and for failure to state claims on which relief may be granted: (1) Plaintiff's claim that he was unable to order religious materials; (2) Plaintiff's claims against LaSalle Management, Warden Deville, and Chaplain Doyle; (3) Plaintiff's official capacity claims; and (4) Plaintiff's conspiracy claim.

**MONROE, LOUISIANA**, this 12th day of July 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE