# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **STEVEN JOSEPH RODNEY** | **CIVIL ACTION NO. 22-0960** |
| | |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| | |
| **WARDEN DEVILLE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Steven Joseph Rodney's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 3rd day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE